NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT SCHULLER,                      )
                                      )
            Appellant,                )
                                      )
v.                                    )      Case No.  2D18-2114
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Peter N. Nazaretian,
Judge.

Robert Schuller, pro se.


PER CURIAM.

            Affirmed.



SILBERMAN, BLACK, and ATKINSON, JJ., Concur.